IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**v.**                                  **Case No: 10-2344-JWL**

**UNIVERSITY OF KANSAS HOSPITAL,**

        **Defendant.**

## ORDER OF DISMISSAL

A joint stipulation of dismissal (doc. 14) was filed by the parties on June 7, 2011. The court has reviewed the stipulation and finds that it should be granted.

IT IS ORDERED BY THE COURT that the parties joint stipulation of dismissal (doc. 14) is granted. This case is dismissed with prejudice and each party shall be responsible for its own costs, attorney fees and other related expenses.

IT IS SO ORDERED.

Dated this 8th day of June, 2011, in Kansas City, Kansas.

                                                                s/ John W. Lungstrum
                                                                John W. Lungstrum
                                                                United States District Judge